DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

PETITIONS TO REHEAR

INVESTMENT PROPERTIES v. ALLEN

No. 94.

Reported: 281 N.C. 174.

Petition by Allen to rehear allowed 28 June 1972.


KOONTZ v. CITY OF WINSTON-SALEM

No. 76.

Reported: 280 N.C. 513.

Petition by City of Winston-Salem to rehear denied 15 June 1972.


OSBORNE v. TOWN OF NORTH WILKESBORO

No. 62.

Reported: 280 N.C. 696.

Petition by Town of North Wilkesboro to rehear denied 15 June 1972.